UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2020

KATIE HOLMES,

               Plaintiff,

-against-

XO GLOBAL LLC,

               Defendant.

1:20-cv-05213 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of Plaintiff's Motion to Remand this case to state court [ECF #5], as well as two letter filings: Defendant's pre-motion letter in anticipation of its motion to transfer this case [ECF #7] and Plaintiff's letter regarding her motion, made in state court, for a preliminary injunction [ECF #8]. Accordingly,

        IT IS HEREBY ORDERED that Defendant must file and serve on Plaintiff any opposition to Plaintiff's motion to remand on or before July 21, 2020 at 12:00PM. Plaintiff must file and serve on Defendant any reply on or before July 21, 2020 at 4:00PM.

        IT IS FURTHER ORDERED that Plaintiff must submit a letter responsive to Defendant's arguments in its pre-motion letter regarding transfer [ECF #8] on or before July 20, 2020.

        IT IS FURTHER ORDERED that the Parties must appear on July 23, 2020 at 12:00PM for a status conference with the Court. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

        There will be no extension of these deadlines. Failure to comply with the deadlines may result in sanctions or dismissal of a claim or defense.

**SO ORDERED.**

**Date:  July 16, 2020**
      **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**